JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Stokes,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W.H.B.T. INC. d/b/a Micky's West Hollywood,<br><br>　　　　　Defendant. | Case No. CV 21-7889-MWF (MAAx)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

　　Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Michael Stokes and Defendant W.H.B.T. INC. d/b/a Micky's West Hollywood, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses and that this Court shall retain jurisdiction over the parties' settlement agreement.

IT IS SO ORDERED.

DATED: February 14, 2022

　　　　　　　　　　　　　　　　　　　／s／ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 2:21-cv-07889-MWF-MAA

ORDER OF DISMISSAL